# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In Re: MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION** <br><br> **This Document Relates to:** <br><br> *AMS Pro Group LLC v. Multiplan, Inc. et al* <br><br> *Case No. 1:24-cv-07157* | NOTICE OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i) <br><br> MDL No. 3121 <br><br> Case No. 1:24-cv-06795 |

## NOTICE OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i) AS TO PLAINTIFF AMS PRO GROUP LLC D.B.A. WISH RECOVERY'S CLAIMS AGAINST DEFENDANT BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY

Plaintiff AMS Pro Group LLC d.b.a. Wish Recovery, by and through its attorneys and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses without prejudice its claims against Defendant Blue Shield of California Life & Health Insurance Company [1], only. Defendant has not served an answer or a motion for summary judgment, so dismissal pursuant to Rule 41(a)(1)(A)(i) is proper.

Dated: February 5, 2025    **Arnall Golden Gregory LLP**

*/s/ Matthew M. Lavin*
Matthew M. Lavin

Matthew M. Lavin
matt.lavin@agg.com
Arnall Golden Gregory LLP

---

[1] For the avoidance of doubt, this dismissal does not extend to any defendant other than Blue Shield of California Life & Health Insurance Company.

1775 Pennsylvania Ave. NW, Suite 1000
Washington, DC 20006
Telephone: 202.677.4030
Facsimile: 202.677.4031
**Napoli Shkolnik PLLC**

*/s/ Hunter Shkolnik*
Hunter Shkolnik
NS PR Law Services, LLC
1302 Avenida Ponce de León
Santurce, Puerto Rico 00907
Tele: (787) 493-5088
Fax: (646)843-7603
Email: Hunter@NSPRLaw.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that on February 5, 2025, he electronically filed a copy of the attached via the CM/ECF filing system, which sent notification of such filing to all Filing Users.

*/s/ Matthew M. Lavin*